JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES WEAVER** | **Case No.: SA CV 19-343-DMG (JDEx)** |
| **Plaintiff,** | |
| **v.** | **ORDER RE DISMISSAL OF ACTION [26]** |
| **CORELOGIC CREDCO, LLC** | |
| **Defendant.** | |

This matter, having come before the Court upon presentation of a Joint Stipulation of Dismissal, IT IS HEREBY ORDERED THAT:

Defendant CoreLogic Credco, LLC is dismissed with prejudice, with each party to bear his/its own attorney's fees, costs and expenses incurred. All scheduled dates and deadlines are VACATED.

DATED: November 25, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1